

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 18 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

Willis # 47104
(Last Name)    (Identification Number)

Demetrius   Levert
(First Name)   (Middle Name)

Lamar County Jail
(Institution)

201 main St Purvis Ms 39475
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.   CIVIL ACTION NUMBER: 2:23-cv-00159-HSO-BWR
(to be completed by the Court)

Lamar County Sheriff Department

~~[crossed out]~~

Levi County

(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes ( )   No (✓)

B. Are you presently incarcerated?
   Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: _Demetrius Willis_    Prisoner Number: _# 471104_

   Address: _201 Main St Purvis, Ms 39475_

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: ~~Lamar County~~ _Levi Couty_ is employed as _Sheriff Deputy_

   at _Lamar County Sheriff Department_

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: _Demetrius Willis_    ADDRESS: _201 Main St Purvis Ms 39475_

DEFENDANT(S):

NAME: _Levi Couty_    ADDRESS:
_Lamar Co Sherriff_    _201 Main St Purvis Ms 39475_

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No ( ✓ )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

CASE NUMBER 2.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Arresting officer Levi County and Two other deputies tased Plantiff Demetrius Willis seven times. and hospitalized Demetrius Willis for 31 days. and refused treatment at the Lamar Co Jail after released from Merit Health in Hattiesburg, MS for 3 weeks.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

My medical treatment and all causes from the tasers and PTSD From the officers.

Signed this 27 day of September, 20 23.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Demetrius Willis
Signature of plaintiff

Page 4 of 4