## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**DEMETRIUS WILLIS**                                                **PLAINTIFF**

v.                                    **CIVIL NO. 2:23-cv-00159-HSO-BWR**

**LAMAR COUNTY SHERIFF DEPARTMENT, et al.**            **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 26th day of February, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE