IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DEMETRIUS WILLIS**                                                                                 **PLAINTIFF**

v.                                                        CIVIL NO. 2:23-cv-00159-HSO-BWR

**LAMAR COUNTY, et al.**                                                      **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

      In accordance with the Court's Order issued this date and incorporated herein by reference,

      **IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

      **SO ORDERED AND ADJUDGED**, this the 27th day of August, 2024.

                                                            *s/ Halil Suleyman Ozerden*
                                                            HALIL SULEYMAN OZERDEN
                                                            UNITED STATES DISTRICT JUDGE